## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DORIS JEFFRIES, on behalf of herself and all others similarly situated,

     Plaintiff,

v.

VOLUME SERVICES AMERICA, INC. (d/b/a Centerplate and Centerplate/NBSE); and DOES 1 through 10, inclusive,

     Defendants.

No. 1:17-cv-01788

### MOTION TO ADMIT ATTORNEY CHANT YEDALIAN *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Katherine Van Dyck, counsel for Plaintiff Doris Jeffries and a member in good standing of the bar of this Court, respectfully moves this Court for an Order admitting Chant Yedalian as counsel *pro hac vice* in the above-captioned matter.  Mr. Yedalian is a member in good standing of the Bar of California and is an attorney with Chant & Company A Professional Law Corporation, located at 1010 N. Central Ave., Glendale, CA 91202.  Accompanying this Motion is Mr. Yedalian's declaration containing the information required for *pro hac vice* motions pursuant to Local Civil Rule 83.2(d).

Dated: September 1, 2017

*s/ Katherine Warren Van Dyck*
Katherine Warren Van Dyck (No. 981272)
CUNEO GILBERT & LADUCA
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.789.1813
Email: kvandyck@cuneolaw.com

Attorney for Plaintiff Doris Jeffries

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was filed via this Court's Electronic Case Filing System.  Notification of this filing will be sent to all counsel of record in this matter who are registered on CM/ECF.  This motion will be served via first-class mail on the following party:

>  VOLUME SERVICES AMERICA, INC. (d/b/a Centerplate and Centerplate/NBSE)
>  c/o Corporation Service Company
>  251 Little Falls Drive
>  Wilmington, DE 19808

Dated: September 1, 2017

*s/ Katherine Warren Van Dyck*
Katherine Warren Van Dyck (No. 981272)
CUNEO GILBERT & LADUCA
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone: 202.789.3960
Facsimile: 202.789.1813
Email: kvandyck@cuneolaw.com

Attorney for Plaintiff Doris Jeffries