UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DORIS JEFFRIES, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

VOLUME SERVICES AMERICA, INC. (d/b/a Centerplate and Centerplate/NBSE); and DOES 1 through 10, inclusive,

    Defendants.

No. 1:17-cv-01788

## DECLARATION OF CHANT YEDALIAN
## IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Chant Yedalian, declare as follows:

1. My name is Chant Yedalian. I serve as counsel for Plaintiff Doris Jeffries.

2. I am an attorney practicing with Chant & Company A Professional Law Corporation, located at 1010 N. Central Ave., Glendale, CA 91202. My telephone number is (877)-574-7100.

3. I am a member in good standing of the Bar of California and I was admitted on December 3, 2002. My state bar number is 222325. I have also been admitted to practice before the Courts listed in "Attachment A" to this Declaration.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5. I am not currently admitted to practice in the United States District Court for the District of Columbia and have not been admitted, nor previously applied for, *pro hac vice* in this Court within the last two years.

6. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

7. I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 1, 2017

_____
Chant Yedalian

## Attachment A

Chant Yedalian
Court Admissions

| Court | Admission Date |
|---|---|
| **U.S. District Court,** **Central District of California** 312 North Spring Street, Los Angeles, CA 90012 (213) 894-1565 | Since 12/3/2002 to present |
| **U.S. District Court,** **Northern District of California** 450 Golden Gate Avenue, Box 36060 San Francisco, CA 94102-3489 (415) 522-2000 | Since 1/23/2007 to present |
| **U.S. Court of Appeals,** **Ninth Circuit** 95 7th Street, San Francisco, CA 94103 (415) 355-8000 | Since 8/1/2013 to present |
| **U.S. District Court,** **Eastern District of California** 501 I Street, 4th Floor Sacramento, 95814 (916) 930-4000 | Since 9/16/2013 to present |
| **U.S. District Court,** **Southern District of California** 333 West Broadway, Suite 420 San Diego, CA 92101 (619) 557-5600 | Since 7/18/2014 to present |
| **U.S. District Court,** **Eastern District of Wisconsin** 517 E. Wisconsin Ave., Room 362 Milwaukee, WI 53202 (414) 297-3372 | Since 7/26/2016 to present |
| **U.S. District Court,** **Western District of Tennessee** | Since 11/30/2016 to present |

| | |
|---|---|
| 167 N. Main Street, Room 242<br>Memphis, TN 38103<br>(901) 495-1200 | |
| **U.S. Court of Appeals,**<br>**Fifth Circuit**<br>600 S. Maestri Place<br>New Orleans, LA 70130-3408<br>(504) 310-7700 | Since 8/3/2017 to present |