## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORIS JEFFRIES, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>VOLUME SERVICES AMERICA, INC. (d/b/a Centerplate and Centerplate/NBSE); and DOES 1 through 10, inclusive,<br><br>   Defendants. | No. 1:17-cv-01788 |

## [PROPOSED] ORDER OF ADMISSION *PRO HAC VICE*

Upon consideration of Plaintiff Doris Jeffries' Motion for the Admission *Pro Hac Vice* of Chant Yedalian, it is hereby **ORDERED** that the motion for the admission *pro hac vice* of Chant Yedalian in the above-captioned case be **GRANTED**, and that Chant Yedalian is hereby admitted *pro hac vice* to appear and participate as counsel in the above-referenced action.

   IT IS SO ORDERED.


Date: _____         _____
                                    Hon. Colleen Kollar-Kotelly
                                    U.S. District Judge

To be served upon:

Katherine Van Dyck
Cuneo Gilbert & LaDuca LLP
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
kvandyck@cuneolaw.com

Chant Yedalian
CHANT & COMPANY
A Professional Law Corporation
1010 N. Central Ave.
Glendale, CA 91202
chant@chant.mobi

VOLUME SERVICES AMERICA, INC. (d/b/a Centerplate and Centerplate/NBSE)
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808