UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORIS JEFFRIES, on behalf of herself and all others similarly situated<br><br>*Plaintiff,*<br><br>*v.*<br><br>VOLUME SERVICES AMERICA, INC. (d/b/a Centerplate and Centerplate/NBSE), and DOES 1 through 10, inclusive,<br><br>*Defendants.* | CASE NO.: 1:17-CV-01788 |

## MOTION TO ADMIT ATTORNEY MARK BAYER *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Devin J. Stone, counsel for Defendant Volume Services America, Inc. ("Centerplate" or "Defendant") and a member in good standing of the bar of this Court, respectfully moves this Court for an Order admitting Mark Bayer as counsel *pro hac vice* in the above-captioned matter. Mr. Bayer is a member in good standing of the Bar of Texas and is an attorney with Barnes & Thornburg LLP, 2100 McKinney Avenue, Suite 1250, Dallas, TX 72501-6908. Accompanying this Motion is Mr. Bayer's declaration containing the information required for *pro hac vice* motions pursuant to Local Civil Rule 83.2(d).

Dated:  October 30, 2017

*/s/ Devin J. Stone*
Scott N. Godes, Esq.
DC Bar No. 463674
scott.godes@btlaw.com
Devin J. Stone, Esq
DC Bar No. 1022055
devin.stone@btlaw.com
BARNES &THORNBURG LLP
1717 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 408-6928
Facsimile: (202) 289-1330

*Attorneys for Defendant Volume Services America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was filed on this 30th day of October, 2017, notification of this filing will be sent to all counsel of record in this matter who are registered on CM/ECF.

Dated:  October 30, 2017                             */s/ Devin J. Stone*
Scott N. Godes, Esq.
DC Bar No. 463674
scott.godes@btlaw.com
Devin J. Stone, Esq
DC Bar No. 1022055
devin.stone@btlaw.com
BARNES &THORNBURG LLP
1717 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 408-6928
Facsimile: (202) 289-1330

*Attorneys for Defendant Volume Services America, Inc.*