UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORIS JEFFRIES, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>VOLUME SERVICES AMERICA, INC., *et al.*,<br><br>*Defendants.* | No: 17-cv-1788 (CKK) |

## MOTION FOR BRIAN K. HERRINGTON TO APPEAR *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Katherine Van Dyck, attorney for Plaintiff Doris Jeffries and a member in good standing of the bar of this Court, respectfully moves this Court for an Order admitting Brian K. Herrington as counsel *pro hac vice* in the above-captioned matter. Accompanying this Motion is Mr. Herrington's declaration containing the information required for *pro hac vice* motions pursuant to Local Civil Rule 83.2(d).

Dated: October 23, 2019

> Respectfully submitted,
>
> */s/ Katherine Van Dyck*
> Katherine Van Dyck (No. 981272)
> CUNEO GILBERT & LADUCA
> 4725 Wisconsin Avenue NW, Suite 200
> Washington, DC 20016
> T: 202.789.3960
> F: 202.789.1813
> E: kvandyck@cuneolaw.com
>
> *Attorney for Plaintiff Doris Jeffries*