UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORIS JEFFRIES, on behalf of herself and all other similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>VOLUME SERVICES AMERICA, INC. (d/b/a Centerplate and Centerplate/NBSE): and DOES 1 THROUGH 10,<br><br>   *Defendants*. | Case No. 1:17-cv-01788 (CKK) |

## JOINT STATUS REPORT

Plaintiff Doris Jeffries and Defendant Volume Services America, Inc. (d/b/a/ Centerplate and Centerplate/NBSE) (collectively "Parties") submit this Joint Status Report setting forth the status of the preparation of the unopposed motion for preliminary approval of the class action settlement and related papers, and a proposed schedule for further proceedings.

**I. Unopposed Motion For Preliminary Approval Of The Class Action Settlement And Supporting Papers**

Plaintiff has prepared the unopposed motion, supporting points of law and authority as well as the accompanying declarations and exhibits (collectively "Motion"). Defendant has signed off on the substance of the documents and Plaintiff anticipates filing the Motion within the next thirty (30) days, if not sooner.

### PROPOSED SCHEDULE FOR FURTHER PROCEEDINGS

Once Plaintiff files the Motion, the Parties would like to be heard on the Motion as soon as the Court's schedule allows.

Respectfully submitted, this the 17th day of March 2022.

1

*/s/ Brian K. Herrington*
Brian K. Herrington (admitted *pro hac vice*)
CHHABRA GIBBS & HERRINGTON PLLC
120 North Congress Street, Suite 200
Jackson, MS 39021
T: 601.326.0820
E: bherrington@nationalclasslawyers.com

Chant Yedalian (admitted *pro hac vice*)
CHANT & COMPANY
A Professional Law Corporation
709 Alexander Lane
Rockwall, TX 75087
T: 877.574.7100
E: chant@chant.mobi.com

Charles J. LaDuca (No. 476134)
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Ave., Suite 200
Washington, DC 20016
T: 202.789.3960
E: charles@cuneolaw.com

*Attorneys for Plaintiff*

*/s/ Mark W. Bayer*
Mark W. Bayer (admitted *pro hac vice*)
BARNES & THORNBURG LLP
2121 N. Pearl, Suite 700
Dallas, Texas 75201
T: 214.258.4200
E: mark.bayer@btlaw.com

Scott N. Godes
D.C. Bar No. 463674
BARNES & THORNBURG LLP
1717 Pennsylvania Avenue, NW, Suite 500
Washington, D.C. 20006-4623
T: 202.408.6928
E: scott.godes@btlaw.com

*Attorneys for Defendant*