UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORIS JEFFRIES, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>VOLUME SERVICES AMERICA, INC., *et al.,*<br><br>          Defendants. | Case No. 1:17-cv-01788 (CKK)<br><br>Hon. Colleen Kollar-Kotelly |

## NOTICE OF FILING OF AMENDED PROPOSED SETTLEMENT AGREEMENT

Please take notice that Plaintiff Doris Jeffries, on behalf of herself and all others similarly situated, pursuant to the Court's May 4, 2022 Order [Dkt. 46] requiring the filing of an amended proposed Settlement Agreement, hereby files the parties' fully executed amended proposed Settlement Agreement, which is attached as Exhibit 1.

Respectfully submitted, this the 14th day of May 2022.

                                  PLAINTIFF DORIS JEFFRIES, on behalf of
                                herself and all others similarly situated,

                                */s/ Brian K. Herrington*
                                Brian K. Herrington (admitted *pro hac vice*)
                                CHHABRA GIBBS & HERRINGTON PLLC
                                120 North Congress Street, Suite 200
                                Jackson, MS 39021
                                T: 601.326.0820
                                E: bherrington@nationalclasslawyers.com

                                Chant Yedalian (admitted *pro hac vice*)
                                CHANT & COMPANY
                                A Professional Law Corporation
                                709 Alexander Lane
                                Rockwall, TX 75087
                                T: 877.574.7100
                                E: chant@chant.mobi.com

Charles J. LaDuca (No. 476134)
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Ave., Suite 200
Washington, DC 20016
T: 202.789.3960
E: charles@cuneolaw.com

*Attorneys for Plaintiff*